

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00028-CR
_____

STEFFAN RAY SMITH, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. CCL1-19-0631

_____

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 31, 2022